UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:19-cv-04351-ODW-AS | Date | February 20, 2020 |
|---|---|---|---|
| | *Elia Haggar et al v. Fashion Nova, Inc., et al.* | | |

Present: The Honorable  Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not present                                                Not present

**Proceedings:**          **In Chambers**

   Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 25) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1.  The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**; and

2.  All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                        :    00

                                                       Initials of Preparer    SE